To Dolsey Hall
on 5/15/23

20-331-LDH-2

MDC Brooklyn
80 29th Street
Brooklyn NY 11232

Hello My Name is Quintin Green And I'm Currently At the Address Above and I write you in Regards of Many issues that only you Can Fix Due to your Status At hand upon this United States District Court Well MS Hall My First issue is placement I'M Currently in MDC Brooklyn (Special Housing Unit) Without Any Displinary ticket and I'M Here MS Hall Cause of My Seperations Status Among population I AM Not Safe in the Facility i Cant Walk the Compound there is Ten thousand Dollars on My Head And every Active Gang Member is Trying to Cut Me And Stab me or Worst Kill Me (I Fear For My life As long As iM in this Facility) MS Hall I was transfered From Essex County Where i was placed on A Unit For people in My Same predicament Back to Harms way in MDC Brooklyn And I Done Spoke to my lawyer Marks Demarco And Told Him I Fear For My life in this facility As long As I'M here Because of Me Seeing Officers put people on units they Dont Belong Do to Seps being on the unit And people being Stabbed and Cut So Bad that they Almost Died Multiple times this happened in this Facility And its going in one Ear and out the other Also My Family has Reached out to Him Numerous of times And he's very Disrespectful And has Stated to My Family Stop Calling Him unless there My Mother And Hung up on them Many times and Now MS Hall He has All My Relatives Blocked and Does not Answer At All and My Aunts Raised Me sense i was A Child And Me An My Birth Mother Just Started Fixing our Relationship which is on files through out My Record From A Child to Now

And As I Been in Custody Ms Hall I have Not been Able to Recieve Any Real Family Support or Visits cause All My Family and birth Mother Are All living in North Carolina Ms Hall I write you this Missive And Ask that My Counsel/Attorney is Removed Off this case And I'm Appointed A New Attorney for the lack of Respect giving from Marks Demarco to Me and My family And I Dont Feel Safe with My life in his hands And Dont Respect the Disrespect He Brought upon My family or how he treats Me Also Ms Hall Mark S Demarco Has Not giving Me Any of My Discovery for My Case And keeps putting Motions in and Aint telling me what he's Filing And I Dont have Full understanding of the law or Anything going on and Never once have He explained Any Above Other than him threatening Me that My life is Over and I'm Facing 40 plus years and that there's Nothing Else more to Say Ms Hall thats Not how you treat A Client your Repersating As His Agent of the law in commerce With All Do Respect I Ask that he's Removed (ASAP) and I'm giving New Counsel/Attorney and that My Court Date is pushed Back Sometime Next year So I have time to get My Full Discovery I Also Ask May you please Make Sure As Soon As this Missive is in your chambers that Everything is sent to me via through the Mail Cause I Dont have Anything protaining to my case I Also Ask Ms Hall if possible May i Please Be replaced to Somewhere closer to My family in North Carolina or Somewhere

Else thats Far From here Cause My life is in Harms way And Also Cause My Family is in the North Carolina Area and ill have More support being closer that way and i Also Ask so my life wont Be threatened Any longer Cause words travel in these New york States and Jersey/Anywhere close to it And Now in Days Ms Hall people Got Cell phones and text Apps on the Facilitys Computers And tablets Facebook Instagram Ect Network. the Facility has No Control And the Right Amount of Money these officers will Bring Anything And Do Anything For it And Im tired of having to be in the Shu in order to Be Safe Ms Hall I have No Displinary Ticket. I pray this gets to you threw the Mail Do to All the Above truth Being told About this Circus Jail And Ask that Im moved And given A New Attorney and my Court Date is Moved Back to Next year Around this time and that IM Replaced Far away and (ASAP) before im killed Ms Hall. Thank you Sincerely

C.C. Filed
5/15/23



Quintin Green
59021-509
MDC Brooklyn
80 29th street
Brooklyn NY 11232

To MS D. Hall
Eastern District of New York
Clerk of Court
225 Cadman plaza East
Brooklyn New York 11201