**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**          :          **CRIM. NO. 3:20-cr-331 (LDH)**

**v.**                                                            :

**MALIEK MILLER**                              :          **May 12, 2024**

Bruce D. Koffsky
Koffsky & Felsen, LLC
1261 Post Road, 202B
Fairfield, CT 06824
(203) 327-1500
bkoffsky@snet.net

Karloff Cylton Commissiong
90 Broad Street
New York, NY 10004
212-430-6590
karloff@amcmlaw.com


Attorneys for Maliek Miller

## PRECLUSION OF RAP LYRIC EXCERPTS

Counsel have reviewed the rap lyrics the government purported to admit at trial and have recommended the attached strikethroughs.  *See* Defense Proposed Strikethroughs as Exhibit A.  The indicated portions should be struck because they are cumulative to the point of prejudice and are irrelevant.  In 2015, the Second Circuit decided that "Rap lyrics and tattoos are properly admitted, however, where they are relevant, and their probative value is not substantially outweighed by the danger of unfair prejudice."  *United States v. Pierce*, 785 F.3d 832, 841 (2d Cir. 2015).  The segment of the lyrics that should be stricken do not go towards any specific crime by Mr. Miller, but rather are repetitive, generic, and broad.  Because they are not probative of any relevant issue, they serve no purpose other than to create prejudice against the defendant.  To repeat gratuitous lyrics that do not have any relation to the matter at hand, would only serve to overwhelm the jury with cumulative material that has no probative value.  *See* Fed. R. Evid. 801(c); *see also*, Fed. R. Evid. 401; *see also*, Fed. R. Evid. 403.

WHEREFORE, the defendant respectfully moves the Court to hold a hearing on these motions.

Respectfully submitted,
MALIEK MILLER

/s/ *Bruce D. Koffsky*
Bruce D. Koffsky

/s/ *Karloff C. Commissiong*
Karloff Cylton Commissiong

2

## <u>CERTIFICATION</u>

THIS IS TO CERTIFY that on May 12th, 2024, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *<u>Bruce D. Koffsky</u>*
Bruce D. Koffsky

# Exhibit A

## Defense Proposed Strikethroughs

# EXHIBIT B

TRANSCRIPT OF RECORDED CONVERSATION
RECORDED ON
Ninedee Way with Leak

PARTICIPANTS:

KEV G                                    KEV G
LEAK                                     LEAK
UNIDENTIFIED SPEAKER                     UNIDENTIFIED SPEAKER


(U/I) - UNINTELLIGIBLE
(PH)  - PHONETIC SPELLING

```
 1    [Ninedee Way with Leak]
 2
 3    UM:                          X10.
 4    KEV G:                       Ninedee the way.  Been on the
 5                                 eight.  Catch me a plate.  Fuck
 6                                 up his day.  Glick in my pocket,
 7                                 aim for the face.  Double the 50,
 8                                 start doing a race.  Ninedee the
 9                                 way, been on the eight.  Catch me
10                                 a plate, fuck up his day.  Glick
11                                 in my pocket, aim for the face.
12                                 Double the 50, start doing a
13                                 race.
14    LEAK:                        Spinning the eight, aim for his
15                                 face.  Spinning through Plaza,
16                                 just got a ladder.  Spinning
17                                 through Linden, n**** I'm
18                                 bending.  Just caught a matta,
19                                 n****, I'm sinning.  Kev dropped
20                                 his body, I hit his n*****.
21                                 That's two n**** dead in the car
22                                 like they missing.  They saying
23                                 I'm wildin, dripping on them like
24                                 a fountain.  Dot on his nose if
25                                 he clownin.  In the hood, like
26                                 fuck it.  Shotty long, Bow tuck
27                                 it, barrel looking like a musket.
28                                 No hesitation, I up it.  I ain't
29                                 the one to be fucked with.
30                                 Ninedee gang, we tote weapons.  I
31                                 don't lose, I learn lessons.  I
32                                 drip sauce when I step in.  Big
33                                 pole for the fessing, big pole
34                                 for the fessing.  Ninedee
35    KEV G:                       Ninedee the way.  Been on the
36                                 eight.  Catch me a plate.  Fuck
37                                 up his day.  Glick in my pocket,
38                                 aim for the face.  Double the 50,
39                                 start doing a race.  Ninedee the
40                                 way, been on the eight.  Catch me
41                                 a plate, fuck up his day.  Glick
42                                 in my pocket, aim for the face.
43                                 Double the 50, start doing a
44                                 race.  Rocking Balmains, you know
45                                 where I'm headed.  Loopy begin
46                                 it, Ninedee gonna end it.
```

1   Spinning, we bending, they
2   dropped, and we finished.
3   Beating these cases like Rocky in
4   fridges.  La you a rat, gave my
5   homie a sentence.  Damn, I'm a
6   menace.  Look at the shit that I
7   started.  Ninedee my way, Eldert
8   and Loring.  Headhunter, boy be
9   hawking.  Watch how I pull up and
10   score like I'm Jordan.  Brand new
11   renty, spin 360.  After the matta
12   get out the spizzy.  Bro on the
13   low got the low for the whitney.
14   Go in the kitchen and cook until
15   I'm dizzy.  Kitchen and cook
16   until I'm dizzy.  Bro on the low
17   got the low for the whitney.  Go
18   in the kitchen and cook.  Ninedee
19   the way.  Been on the eight.
20   Catch me a plate.  Fuck up his
21   day.  Glick in my pocket, aim for
22   the face.  Double the 50, start
23   doing a race.  Ninedee the way,
24   been on the eight.  Catch me a
25   plate, fuck up his day.  Glick in
26   my pocket, aim for the face.
27   Double the 50, start doing a
28   race.
29                 [END OF RECORDING]

TRANSCRIPT OF RECORDED CONVERSATION
RECORDED ON
Loring N Eldert


PARTICIPANTS:

KEV G                                   KEV G
LEAK                                    LEAK
UNIDENTIFIED SPEAKER                    UNIDENTIFIED SPEAKER



(U/I) - UNINTELLIGIBLE
(PH) - PHONETIC SPELLING

```
1   [Loring N Eldert]
2
3   UM:                    X10.
4   KEV G:                 Yeah.  Bro caught a body, I don't
5                          know what happened.  Stop all
6                          that sneak diss and chatting.
7                          Wear your fake vest won't stop
8                          the mac 10.  Bend ya ho over I'll
9                          beat her back in.  Real known
10                         scammer, them cards we crackin'.
11                         Post in the front, I need the
12                         backin'.  When I'm around, this
13                         glicks no lackin'.  Started
14                         my way all on Loring and
15  LEAK:                  Eldert. Ninedee n****s, we
16                         savage.  Shots to his dick so I
17                         let him have it.  Packing a
18                         pistol became a habit, smoke so
19                         much of this dope I became a
20                         addict.  Banging out because I
21                         got locked out the house.  Drugs
22                         in the mattress, guns in the
23                         couch.  Come outta your face with
24                         guns in your mouth.  Got glick in
25                         the tuck, I up it and bow.  Keep
26                         glick in the pocket.  Shoot a
27                         n****, then run through the
28                         projects.  Citizen App to make
29                         sure I dropped him.  No talk, and
30                         I up it and pop it, he screaming
31                         outside.  Give him nine shots
32                         from the simmy, it's nine shots
33                         in the glizzy, he pine-boxed in
34                         the city.  I got nine Glocks
35                         getting busy, they (U/I) in the
36                         spot.  I'm feeling like Diddy.
37                         (PH).
38  KEV G:                 Bro caught a body, I don't know
39                         what happened.  Stop all that
40                         sneak diss and chatting.  Wear
41                         your fake vest won't stop the mac
42                         10.  Bend ya ho over I'll beat
43                         her back in.  Real known scammer,
44                         them cards we crackin.  Post in
45                         the front, I need the backin'.
46                         When I'm around, this glicks no
```

```
 1                          lackin.  Started my way on Loring
 2                          and Eldert.  Nike my check, I do
 3                          it.  I don't make dancing music.
 4                          Nigga, I started from shooting.
 5                          I just be Looping and booming.
 6                          Stick to the P's, I'm trapping.
 7                          Stick to the rap, you capping.
 8                          Stay on my glick, you lackin.
 9                          Yeah.  Bro tried to toss it, I
10                          told him to keep it.  Holding his
11                          chest, he red, he leakin.
12                          Whipping that work, I give her
13                          the beating.  Benz in a week,
14                          then reap the weekend.  Nebow
15                          nine, I'll play your defense.
16                          Head tap, head tap, watch the
17                          sequence.  UI got them playing
18                          defense.
19     LEAK:                Ninedee.
20     KEV G:               Bro caught a body, I don't know
21                          what happened.  Stop all that
22                          sneak diss and chatting.  Wear
23                          your fake vest won't stop the mac
24                          10.  Bend ya ho over I'll beat
25                          her back in.  Real known scammer,
26                          them cards we crackin.  Post in
27                          the front, I need the backin'.
28                          When I'm around, this glicks no
29                          lackin.  Started my way all on
30                          Loring and Eldert.
31     UF:                  (U/I).
32     UM:                  X10.
33                     [END OF RECORDING]
```

TRANSCRIPT OF RECORDED CONVERSATION
RECORDED ON
Dead Ops


PARTICIPANTS:

KEV G                                    KEV G



(U/I) - UNINTELLIGIBLE
(PH)  - PHONETIC SPELLING

1  [Dead Ops]
2
3  KEV G:                    Yeah.  Dead Ops.  Dead Ops.
4                            Ninedee.  Yeah, niggas know how
5                            we shoot.  N***** know how we
6                            Loopy.  Instrument down on the
7                            stoop.  Little n****, don't
8                            front.  Little n****, don't
9                            front.  Little n****, don't
10                           front.  N***** know how we shoot.
11                           N***** know how we Loopy.
12                           Instrument down on the stoop.
13                           Little n****, don't front.
14                           Little n****, don't front.
15                           Little n****, don't front.  Might
16                           just slide through Linden.  Who
17                           jack beef, I'm killin'.  Big
18                           stick, clip, fully extended.
19                           Might just slide through the 8, I
20                           know they face.  That's our main
21                           ops.  Meet me on Front Street,
22                           but boy, son got left on the back
23                           block.  Two headshot, that's a
24                           man down.  Cop backs us hear no
25                           sound.  Shout out to the ops gets
26                           the hella down.  Big fifth boom
27                           like surround sound.  That shit
28                           pay for the bail away.  N*****
29                           talk dope, gonna die today.
30                           Caught a main op in broad day.
31                           Had a n**** dance like KJ.  In PH
32                           I'm clout God.  PC Pop just talk
33                           hard.  N**** probably wanted meet
34                           Thuggin, I sell whack crack and I
35                           (U/I).  Nigga, you ain't got no
36                           hits.  You a rap nigga trying to
37                           make some hits.  I'm really in
38                           the cut, and I'm doing slides,
39                           just ask my vics.  Geez gasoline
40                           wanna be me.  I got 4K's like a
41                           TV.  Free Gudda, free Newz, free
42                           Skinny.  All my n***** still
43                           shooting like Kobe.  All these
44                           little n****** really don't know
45                           me.  Ask Rico, Nice, and Mikey.
46                           I chase that check like Nike.

```
 1      Old ops, they still don't like
 2      me.  Man, he ready to go.  Old
 3      ops, they told on the low.  Be
 4      the shooter, I still ain't go.
 5      Backseat got us up on the low.
 6      Might just slide through Plaza
 7      with a pump like a nigga got
 8      asthma.  Might hit little Russ
 9      with a ladder.  Might hit little
10      Russ with a ladder.  N***** know
11      how we shoot.  N***** know how we
12      Loopy.  Instrument down on the
13      stoop.  Little n****, don't
14      front.  Little n****, don't
15      front.  Little n****, don't
16      front.  N***** know how we shoot.
17      N***** know how we Loopy.
18      Instrument down on the stoop.
19      Little n****, don't front.
20      Little n****, don't front.
21      Little n****, don't front.
22      [END OF RECORDING]
```

Page 3 of 3

TRANSCRIPT OF RECORDED CONVERSATION
RECORDED ON
290 Freestyle

PARTICIPANTS:

KEV G                                    KEV G
UNIDENTIFIED MALES                       UM1, UM2, UM3


(U/I) - UNINTELLIGIBLE
(PH) - PHONETIC SPELLING

```
1   [290 Freestyle]
2
3   UM1 (movie First Blood):   It's over, Johnny (PH).  It's
4                              over.
5   UM2:                       Nothing is over.  Nothing.
6   KEV G:                     Bop, bop, bop, bop, bop.
7   UM2:                       You just don't turn it off.
8   KEV G:                     Ninedee.
9   UM2:                       It wasn't my war.  You asked me,
10                             I didn't ask you.  And I did what
11                             I had to do to win, but somebody
12                             wouldn't let us win.
13  KEV G:                     Bow, bow.
14  UM2:                       I come back to the world (U/I)
15                             point.  Protesting me, spittin.
16  UF1:                       (U/I), baby.
17  KEV G:                     Yeah.  I used to just post in the
18                             building.  Me and Dew, we was
19                             really trying to see them.  In
20                             the staircase, n**** was
21                             fiending.  Knocking on n******
22                             door, try to leave them.  N******
23                             say Kev's name you're gonna see
24                             God.  In a P's serving fiends and
25                             I play with cards.  N****** shoot
26                             like hey D, we be going hard.
27                             N**** try and make it hot, I just
28                             beat a charge.  N**** know I pull
29                             up and I blow.  Trying to hit
30                             just duck and get low.  I'm just
31                             trying to put red on his shirt.
32                             Bro came home fresh off a merc.
33                             You a stain and bro gotta eat.  I
34                             run down, I don't chase, I'm a
35                             beast.  Shoot his face just for
36                             running his team.  I'm just
37                             trying to move gang out the east.
38                             Can you please show respect for
39                             my team?  N****** know we in love
40                             with the beams.  On the island,
41                             there wasn't no peace.  Ask
42                             Cowboy ran into to me.  Word to
43                             Thuggin, he was rappin' my
44                             tracks.  Word Thuggin, they all
45                             on my sack.  When I'm tweaking,
46                             an opp is a wrap.  When you see
```

Page 2 of 3

```
1                              me, don't reach for my bag.
2                              Because I'm gonna just reach for
3                              a mac.  And the chopper fall off
4                              like a mac.  You get hit (U/I)
5                              falling flat.  I got it, bro,
6                              don't lack.  Give Number Five 5
7                              in his back.  On the eight with a
8                              eight I'm gonna clap.  Watch your
9                              bitch or she'll probably get
10                             slapped.  You a op, suck dick.
11                             Get shot, don't speak.  Ninedee
12                             Gang free Leak.  Where Jah, I
13                             need heat.  MMG and LG. Chase a
14                             bag full speed.  Loud weed and
15                             Don P, got me feeling woozy.
16                             Yeah, they freed my bro Dew out
17                             the feds.  Shout out Dockey don't
18                             aim for no leg.  We just shoot
19                             until a coffin your bed.  Free
20                             (U/I) bro out the feds.  You want
21                             smoke, real smoke, you a dope.
22                             That's Smooth in the cutty gon
23                             blow.  RIP Thuggin, you know.
24
25   [OVERLAPPING VOICES]:     Ninedee
26
27   UM3:                      (U/I) get that money, that bag.
28   KEV G:                    Look what I made.  This is today.
29                             This is today's shit.  This is
30                             today's shit.  N****** is --
31                             n****** is -- n****** be tight.
32                             This is today.  n****** out in
33                             the hood.  n****** ain't rich.
34                             N****** is hoods n****
35                                    [END OF RECORDING]
```

TRANSCRIPT OF RECORDED CONVERSATION
RECORDED ON
90 Around


PARTICIPANTS:

KEV G                              KEV G
UNIDENTIFIED SPEAKER               UNIDENTIFIED SPEAKER



(U/I) - UNINTELLIGIBLE
(PH)  - PHONETIC SPELLING

1   [90 Around]
2
3   UM1:                    What the fuck?  Yo, bro, you
4                           good?
5   UM2:                    Oh, nah, this is (U/I).
6   [OVERLAPPING VOICES]
7   KEV G:                  Ninedee, yeah.  Yeah.  Ninedee
8                           around, n**** please show some
9                           respect.  Get in your face and
10                          your neck.  He can't get up, he a
11                          wrap.  Cali ordering dope need to
12                          be high, eyes low.  Whipping in
13                          all of this Ninedee, ENY Ps where
14                          you find me.  Twinbo ready to
15                          sign me and the shit kick like
16                          it's Chinese.  Posted up on
17                          Eldert Lane.  N***** still
18                          putting in pain.  Blood on the
19                          floor, it can't get up, it's a
20                          stain.  N***** still getting
21                          caught lackin, throwing up L's
22                          for the lanes.  Almost got killed
23                          for some fool.  Better grip up in
24                          the game.  (U/I) sagging, n****
25                          got too many bands in them.
26                          Looking like Cur (PH), how I'm
27                          handling.  Cheffing up low for
28                          the bro with them.  From plaza,
29                          I'm flowing them tutors, face
30                          making sure they gonna notice
31                          them.  Make a mistake.  Aim for
32                          his head, trying to see what he
33                          think.  Bitch on my dick.  Beat
34                          up her pussy and nut in her sink.
35                          All for the clout, Asha Trishe
36                          (PH), let me nut in her mouth.
37                          Look at this fashion.  CVV now
38                          I'm dripping and dabbing.
39                          Please, don't lack.  Calling a
40                          blitz because I need me a sack.
41                          I'm ahead in trying to rap.  In
42                          the trenches selling crack.
43                          Thuggin make it out the P's,
44                          putting Ninedee on the map.
45                          N***** snitching then they
46                          folding.  And the precinct can't

1   hold them.  On the side, they
2   rolling with a 40 in the holster.
3   Sipping Henny like it's Fiji,
4   getting busy with these DMPs.
5   Hit the plug, need a ID.  Hit the
6   road doing 90.  Getting low with
7   a four, ride 30k run cuz these
8   pieces was scorching.  Ninedee
9   around, n**** please show some
10  respect.  Hitting your face and
11  your neck.  He can't get up, he a
12  wrap.  Cali, ordering dope need
13  to be high, eyes low.  Whipping
14  in all of this Ninedee, ENY Ps
15  where you find me.  Twinbo ready
16  to sign me and the shit kick like
17  it's Chinese.  Posted up on
18  Eldert Lane, n***** still putting
19  in pain.  Blood on the floor,
20  they can't get up, it's a stain.
21  N***** still getting caught
22  lackin, throwing up L's for the
23  lanes.
24
25          [END OF RECORDING]

Page 3 of 3

TRANSCRIPT OF RECORDED CONVERSATION
RECORDED ON
Respect 90


PARTICIPANTS:

KEV G                                    KEV G
UNIDENTIFIED SPEAKER                     UNIDENTIFIED SPEAKER



(U/I) - UNINTELLIGIBLE
(PH)  - PHONETIC SPELLING

```
 1   [Respect 90]
 2
 3   UM1:                        What you gotta say to these
 4                               fuckboys, bro?
 5   UM2:                        (U/I) n***** (U/I).
 6   UM1:                        Bro, you know we miss you, bro.
 7                               You know we got you, bro.  Don't
 8                               worry about none of that (U/I).
 9                               When we in the fucking spot.
10   KEV G:                      No respect for a star.  Ninedee
11                               gang rule, I'm up on my tool.
12                               This beef we don't lose, the
13                               eight to my dick, show respect
14                               when I shoot.  They ringing
15                               alarms.  They making it hot, no
16                               snitching, it's rude.  No
17                               telling, no snitching, these
18                               n***** is bitches, they snitch on
19                               you too.  No respect for a star.
20                               Ninedee gang rule, I'm up on my
21                               tool.  This beef we don't lose,
22                               the eight to my dick, show
23                               respect when I shoot.  They
24                               ringing alarms.  They making it
25                               hot, no snitching, it's rude.  No
26                               telling, no snitching, these
27                               n***** is bitches, they snitch on
28                               you too.  They better relax
29                               before they get clapped, I'm sick
30                               of the chat.  I used to cut class
31                               to go across the bouley towards
32                               Plaza and blast.  I spin through
33                               the eight, all in a day, them
34                               n***** run fast.  They duck and
35                               get low, and they jump over
36                               gates, but I'm right on they ass.
37                               I'll (U/I) to my brother.  My
38                               brother a shooter, respect on his
39                               name.  Respect on his name, you
40                               end up like Pop, we ain't playing
41                               no games.  Yeah, we got bodies.
42                               Yeah, we got hits.  What the fuck
43                               are you saying.  KJ a bitch.  You
44                               can suck on a dick when I see you
45                               I'm spraying.  These n*****, they
46                               talkin, all on the book and they
```

```
 1                              making it hot.  They saying my
 2                              name, I just did a stain and I'm
 3                              spinning the block.  Russ on my
 4                              dick.  Pop out of the cut, and I
 5                              lick on your block.  Novice (PH),
 6                              I'm sending him shots.  Another
 7                              man down on a op.  No respect for
 8                              a star.  Ninedee gang rule, I'm
 9                              up on my tool.  This beef we
10                              don't lose, the eight on my dick,
11                              show respect when I shoot.  They
12                              ringing alams.  They making it
13                              hot, no snitching, it's rude.  No
14                              telling, no snitching, these
15                              n***** is bitches, they snitch on
16                              you too.  No respect for a star.
17                              Ninedee gang rule, I'm up on my
18                              tool.  This beef we don't lose,
19                              the eight to my dick, show
20                              respect when I shoot.  They
21                              ringing alarms.  They making it
22                              hot, no snitching, it's rude.  No
23                              telling, no snitching, these
24                              n***** is bitches, they snitch on
25                              you too.
26   UM3:                       Headshot, you be (U/I) smoking
27                              rocky.  No talent, man, free my
28                              n*****, Aki (PH).  Nine hundred
29                              on the jeans and you know I'm
30                              dripping.  If I give you to the
31                              score, man I know you wouldn't.
32                              Nine on my hip, another nine in
33                              the clip, that's 18 for your ass
34                              if you ain't jacking my shit.
35                              Still screaming free my n*****,
36                              Pay Day (PH).  Can't get (U/I).
37                              Smoked on there (U/I) sell every
38                              day.  Headshots for the last
39                              three ops.  (U/I) chicken spot.
40                              Location, I'm on V block.  I
41                              said, free my n*****.  More
42                              lights, more Gus (PH).  Bro,
43                              where them papers at.  Roll that
44                              (U/I) up.  Ninedee.
45                          [END OF RECORDING]
```

TRANSCRIPT OF RECORDED CONVERSATION
RECORDED ON
Tragic


PARTICIPANTS:

KEV G                                    KEV G
UNIDENTIFIED SPEAKER                     UNIDENTIFIED SPEAKER



(U/I) - UNINTELLIGIBLE
(PH)  - PHONETIC SPELLING

```
 1   [Tragic]
 2
 3   KEV G:                    Ninedee.  N***** know.  Watch it
 4                             be tragic.  Watch it be tragic.
 5                             Watch it be tragic.  My n***** be
 6                             spinning.  We praying for Pateks.
 7                             Watch it be tragic.  Watch it be
 8                             tragic.  Watch it be tragic.  My
 9                             n***** be spinning.  We praying
10                             for Pateks.  Centerside.  Those
11                             are my brothers.  They don't ask
12                             for nothing.  Other side, n*****
13                             on nothing.  We dump like
14                             Thuggin.  Shout out to Ninedee
15                             gang, did a lot of pain.  Get
16                             knocked, ain't say no names.
17                             It's a part of the game.  Free my
18                             brothers out the can.  Free
19                             Claude, my mans.  Since n*****
20                             took the stand, jury hung my
21                             mans.  Jury freed Ninedee, came
22                             home he clouted.  Arm these
23                             n***** up, no more grounding
24                             pounding.  Savage blow like O-
25                             Dawg (PH), bro be wildin.  I'm
26                             punking n***** like Skelly (PH).
27                             On the floor, they find him.
28                             Gangster get on your knees.  He
29                             pleading babe.  These shots new
30                             to his words.  He got hit in his
31                             hand.  Hearing screams in my
32                             dreams.  Now (U/I) for the
33                             fiends.  Bands all on the floor,
34                             some dirty, some clean.  Scarf
35                             wrapped on my head, Alexander
36                             McQueen.  Why y'all n***** is
37                             lackin off lean, I'm just smoking
38                             this weed.  Watch it be tragic.
39                             Watch it be tragic.  Watch it be
40                             tragic.  My n***** be spinning,
41                             we praying for Pateks.  Watch it
42                             be tragic.  Watch it be tragic.
43                             Watch it be tragic.  My n***** be
44                             spinning, we praying for Pateks.
45                         [END OF RECORDING]
```

TRANSCRIPT OF RECORDED CONVERSATION
RECORDED ON
Exposing Me (Ninedee Mix)


PARTICIPANTS:


UNIDENTIFIED MALE 1                    UM1
UNIDENTIFIED MALE 2                    UM2
KEV G                                  KEV G
UNIDENTIFIED MALE 3                    UM3



(U/I) - UNINTELLIGIBLE
(PH)  - PHONETIC SPELLING

```
 1   [Exposing Me (Ninedee Mix)]
 2
 3   UM1:                      I'm pistol packing.  All the
 4                             oppositions know I keep it stiff.
 5                             Like, who the P, got so many ops,
 6                             I don't know who to hit.  I'm
 7                             offing shit, posted up on Pitkin
 8                             with a cooler kit.  I'm with this
 9                             shit.
10   KEV G:                    La Milly (PH) was a pack, I need
11                             another spliff.  I'm with this
12                             shit.  Rolling with a Glock and
13                             got a 30 clip.  I hit your head
14                             just like Nizzy B (PH).  That
15                             (U/I) in your bed.  Your wifey
16                             red, rolling off of E, offer you
17                             a led.  Don't aim for legs.  Free
18                             my brother, Dew, he stuck up in
19                             the Feds.  (U/I) P's, Ninedee
20                             gang the order, we'll make you
21                             leave.  Duck and weave, pack a
22                             n**** up, he like, Jesus please.
23                             Plaza K (PH), Rockstar K (PH),
24                             Akhi rolling with a K.  N*****
25                             true and aim for face, n*****
26                             know it's Ninedee way.
27   UM2:                      La Milly got it the worst than
28                             me.  I (U/I) get left while
29                             they're smoking D.  You niggas is
30                             jokes to me, better think twice
31                             before approaching me.  I stay
32                             with a chop.  (U/I) against us,
33                             somebody get shot.  N***** is
34                             cops.  How y'all big ops (U/I) no
35                             Glocks.  In the (U/I) still catch
36                             me on 60, free Leak (PH) with
37                             Johnny (PH) and Trizzy (PH).
38                             Stop by, throw a hit in the
39                             renty.  Ninedee gang got the east
40                             in a frenzy.  Y'all niggas be
41                             capping.  Niggas be (U/I) yeah,
42                             I'm sitting around here.  Niggas
43                             don't come to my side unless they
44                             live around here.
45   UM3:                      Live from the P, yeah, you heard
46                             of me, throwing up the V, smoking
```

```
 1                              La Milly.  Hoodie on, Ninedee
 2                              mask, papa almost was a pack.
 3                              They loss Sife can't get him
 4                              back.  Seatbelt nigga don't
 5                              crash.  (U/I) 40 will fade a
 6                              nigga like a taper (PH).  Bang,
 7                              got a (U/I).  How many niggas got
 8                              hit, niggas ain't get back.
 9                              These niggas be Kobe, I more like
10                              Ginobilli, I'm doing the hit in a
11                              renty (U/I).  Out there he (U/I)
12                              he was (U/I) to see that op head
13                              shots automatic.  Better think
14                              twice about mentioning blades.
15       UM2:                   (U/I) a dot the chain.  Pussy.
16       UM3:                   Yo, it's your boy, Bandup Fresh,
17                              man, fuck the ops.  They can eat
18                              a million dicks.  Ya'll already
19                              know how we bumpin.  I'll be home
20                              soon.  Man, free Leak, free Mane
21                              (PH).
22       UM2:                   You know how that shit go, nigga.
23                              Suck my dick.  Everybody K
24                              Ninedee, bitch.
25       UM1:                   You ain't get back for D (PH) and
26                              lying to T (PH).  You outside
27                              (U/I) spin in the P.  Posting in
28                              30, I'll posting to weez.
29                              Spin in my block, now you resting
30                              in peace.
31       UM2:                   (U/I) niggas, (U/I) I be in (U/I)
32                              niggas, cheese (U/I).  Suck my
33                              dick, nigga.  Ninedee.
34                         [END OF RECORDING]
```