# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **CASE NO.: 1:20-CR-331 (LDH)** |
| **PLAINTIFF** | **:** | |
| | **:** | |
| **V.** | **:** | |
| | **:** | |
| **MALIEK MILLER** | **:** | |
| **DEFENDANT** | **:** | **June 9, 2024** |

## DEFENDANT MALIEK MILLER'S MOTION
## FOR NEW TRIAL AND MOTION FOR JUDGMENT OF ACQUITTAL

The defendant Maliek Miller respectfully moves, pursuant to Rule 33 of the Federal Rules of Criminal Procedure for a New Trial, and moves, pursuant to Rule 29 of the Federal Rules of Criminal Procedure, for a Judgment of Acquittal as a result of the defendant's June 6, 2024, guilty verdict after trial.  A memorandum in support of the defendant's motion will be filed by the defendant within 120 days of the filing of this motion.

WHEREFORE, the defendant moves for a new trial and/or that the Court enter a

judgment of acquittal.

Respectfully submitted,

THE DEFENDANT,
MALIEK MILLER

/s/ *Karloff C. Commissiong*
Karloff C. Commissiong, Esq.
90 Broad Street, 2nd Floor
New York, NY 10004
Tel: 212-430-6590
karloff@amcmlaw.com

/s/ *Bruce D. Koffsky__*
Bruce D. Koffsky, Esq.
Koffsky & Felsen, LLC
1261 Post Road, Suite 202B
Fairfield, CT  06824
Tel.: 203-327-1500
bkoffsky@snet.net

/s/ *Angus James Bell*
Law Office of Angus James Bell
30 Wall Street, 8th Floor
New York, New York 10005
Tel: 212-804-5765
ajamesbelllaw@gmail.com

## **CERTIFICATION**

THIS IS TO CERTIFY that on June 9, 2024, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_/s/ *Bruce D. Koffsky*
Bruce D. Koffsky